ACCEPTED
06-15-00022-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/24/2015 11:27:00 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00022-CV |
| Appellate Case Style: | Joy L. Hammontree |
| Vs. | Donna R. Strawn |
| Companion Case No.: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/24/2015 11:27:00 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement:

# DOCKETING STATEMENT (Civil)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

☒ Person   ☐ Organization   (choose one)

First Name:     Joy

Middle Name:  L.

Last  Name:    Hammontree

Suffix:

Pro Se:  ○

## II.  Appellant  Attorney(s)

☒    Lead Attorney

First Name:     Paul

Middle  Name:

Last  Name:     Gilliam

Suffix:

Law Firm Name: Ramey & Flock, P.C.

Address 1:      100 E. Ferguson St., Suite 500

Address 2:

City:           Tyler

State:    Texas              Zip+4:   75702

Telephone:     903-597-3301        ext.

Fax:      903-597-2413

Email:    paulg@rameyflock.com

SBN:      07938700

## III.  Appellee

☒ Person   ☐ Organization (choose one)

First Name:     Donna

Middle  Name:  R.

Last  Name:    Strawn

Suffix:

Pro Se:  ○

## IV.  Appellee Attorney(s)

☒    Lead Attorney

First Name:     Monty

Middle  Name:  G.

Last  Name:     Murry

Suffix:

Law Firm Name: Murry Law

Address 1:      3918 Texas Boulevard

Address 2:

City:           Texarkana

State:    Texas              Zip+4:   75603

Telephone:     903-823-3000        ext.

Fax:      903-823-3002

Email:    mgmurry@murrylaw.com

SBN:      14739350

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Other

Date order or judgment signed: January 16, 2015        Type of judgment:

Date notice of appeal filed in trial court: April 9, 2015

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order:  ☐ Yes  ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28):        ☐ Yes  ☒ No

If yes, please specify statutory or other basis on which appeal is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4):  ☐ Yes  ☒ No

Permissive? (See TRAP 28.3):        ☐ Yes  ☐ No

If yes, please specify statutory or other basis for such status:

Agreed?  (See TRAP 28.2):        ☐ Yes  ☐ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule:   ☐ Yes  ☒ No

If yes, please specify statutory or other basis for such status:

Does this case involve an amount under $100,000?     ☒ Yes  ☐ No

Judgment or order disposes of all parties and issues:  ☒ Yes  ☐ No

Appeal from final judgment:        ☒ Yes  ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?     ☐ Yes  ☒ No

## VI.  Actions Extending Time To Perfect Appeal

| | | If yes, date filed: |
|---|---|---|
| Motion for New Trial: | ☒ Yes  ☐ No | February 11, 2015 |
| Motion to Modify Judgment: | ☐ Yes  ☐ No | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes  ☐ No | |
| Motion to Reinstate: | ☐ Yes  ☐ No | |
| Motion under TRCP 306a: | ☐ Yes  ☐ No | |
| Other: | ☐ Yes  ☐ No | |

If other, please specify:

## VII.  Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

| | | If yes, date filed: |
|---|---|---|
| Affidavit filed in trial court: | ☐ Yes  ☐ No | |
| Contest filed in trial court: | ☐ Yes  ☐ No | |

Date ruling on contest due:

Ruling on contest:  ☐ Sustained     ☐ Overruled        Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?　☐ Yes ☐ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: _____　Bankruptcy Case Number: _____

## IX. Trial Court And Record

Court:　202nd District Court

County: Bowie

**Trial Court Docket Number (Cause No.):** 12-C-0801-202

Trial Judge (who tried or disposed of case):

First Name:　Leon

Middle Name:　F.

Last Name:　Pesek

Suffix:　Jr.

Address 1:　Bi-State Justice Bldg

Address 2 :　100 N State Line, Box 10

City:　Texarkana

State:　Texas　　　Zip + 4: 75501

Telephone:　903-798-2041　ext.

Fax:　903-798-3301

Email:

Clerk's Record:

Trial Court Clerk:　☒ District　☐ County

Was clerk's record requested?　☐ Yes ☒ No

If yes, date requested: _____

If no, date it will be requested: _____

Were payment arrangements made with clerk?

☐ Yes ☒ No ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b))**

---

Reporter's or Recorder's Record:

Is there a reporter's record?　☐ Yes ☒ No

Was reporter's record requested?　☐ Yes ☒ No

Was there a reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: _____

If no, date it will be requested: _____

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☐ Indigent

☐ Court Reporter     ☐ Court Recorder

☐ Official     ☐ Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State:    Texas           Zip + 4:

Telephone:            ext.

Fax:

Email:

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☒ No    If yes, date filed:

Will file: ☐ Yes   ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?    ☐ Yes ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?    ☐ Yes ☒ No

If no, please specify:

Has the case been through an ADR procedure?   ☐ Yes   ☒ No

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?   ☐ Pre-Trial   ☐ Post-Trial   ☐ Other

If other, please specify:

Type of case?

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Case has been settled and appellant will seek remand to trial court.

How was the case disposed of?    Other

Summary of relief granted, including amount of money judgment, and if any, damages awarded. Default Judgment

If money judgment, what was the amount? Actual damages:    $62,487.87

Punitive (or similar) damages:

Attorney's fees (trial):

Attorney's fees (appellate):

Other:

If other, please specify:

Will you challenge this Court's jurisdiction?　　☐ Yes　☒ No

Does judgment have language that one or more parties "take nothing"?　☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐Yes ☐ No

Other basis for finality?

Rate the complexity of the case (use 1 for least and 5 for most complex):　☒ 1　☐ 2　☐ 3　☐ 4　☐ 5

Please make my answer to the preceding questions known to other parties in this case.　☒ Yes　☐ No

Can the parties agree on an appellate mediator? ☐ Yes ☐ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|------|---------|-----------|-----|-------|
|      |         |           |     |       |

Languages other than English in which the mediator should be proficient:

Name of person filing out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:　　　　　　　　　　　　　　　　Trial Court:

Style:

Vs.

**XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)**

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes ☐ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

**XV. Signature**

Signature of counsel (or pro se party)

Date:  April 24, 2015

Printed Name: Paul Gilliam

State Bar No.:  07938700

Electronic Signature:
(Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 24, 2015 .

_Paul Gill_

Signature of counsel (or pro se party) .

Electronic Signature: _____
(Optional)

State Bar No.: 07938700

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served:      April 24, 2015

Manner Served: eServed

First Name:      Monty

Middle Name:    G.

Last Name:       Murry

Suffix:

Law Firm Name: Murry Law

Address 1:        3918 Texas Blvd

Address 2:

City:             Texarkana

State     Texas                    Zip+4:   75603

Telephone:    903-823-3000      ext.

Fax:      903-823-3002

Email:   mgmurry@murrylaw.com  .

If Attorney, Representing Party's Name: Appellee, Donna R. Strawn